# LAW OFFICES OF ELLIOT J. BLUMENTHAL, PLLC

## 483 CHESTNUT STREET

## CEDARHURST, NEW YORK 11516

------

(516) 295-0903

FAX: (516) 706-3963

www.eblumenthallaw.com

ELLIOT J. BLUMENTHAL
elliot@eblumenthallaw.com

October 29, 2013

**VIA ECF**

Honorable Gary R. Brown
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:  G.D.S. v. Northport-East Northport Union Free School District, et al.
         12-cv-2191 (ADS)(GRB)

Dear Magistrate Judge Brown:

  I represent the Plaintiff in the above-referenced case. I write to follow up on your request to schedule a settlement conference with all parties. When we were last in Court on October 17th, we discussed holding the conference in early to mid-November, after the depositions of Plaintiff, his parents, the District Superintendent and the High School Principal had been completed. As of this morning, those depositions have been completed. However, in addition to several other depositions in this case being scheduled around early to mid-November, Mr. Kleinberg has informed me that his calendar is full at that time and that he will be out of state for several days during the month.

  As the Court is aware, we have a non-party deposition scheduled to take place in the Courthouse, with the Court's presence, on the morning of December 3, 2013. The parties respectfully request that the settlement conference be scheduled for later that day. The deposition is limited to a maximum of two hours and we will arrange to have our clients arrive sometime after the deposition ends at a time designated by the Court.

Thank you for your consideration.

                                                Respectfully submitted,

                                                *[signature]*

                                                ELLIOT J. BLUMENTHAL

cc:    All counsel of record (via ECF)