

# CULLENandDYKMANLLP

**Cynthia A. Augello**
Associate
Direct Dial: (516) 357-3753
Facsimile: (516) 296-9155
caugello@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

November 26, 2013

*Via Facsimile Transmission*

Hon. Gary R. Brown
United States Magistrate Judge
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4438

    Re:    G.D.S. v. Northport-East Northport Union Free School District, *et al.*
            Civil Docket No.: 12-cv-2191 (ADS) (GRB)

Dear Magistrate Brown:

    This firm recently appeared as co-counsel to Alan Polsky representing A.S., non-party movant in the above referenced action. At this time, for reasons we would be happy to provide this Court *via in camera* letter motion due to the confidential nature of the subject matter, we request a conference to discuss the deposition of A.S. currently scheduled for December 3, 2013 as well as other matters pertaining to said deposition and documents concerning A.S. If the Court permits the submission of the requested *in camera* letter motion, we respectfully request permission to expand the page limit this Court's Rules provide for letter motions from three to four pages.

    We are prepared to provide the Court with the aforementioned letter motion and/or discuss the matter at the Court's convenience. As such, we respectfully request guidance from the Court as to how we should proceed to ensure the confidentiality this matter requires.

    We appreciate your time and consideration in this matter.

Very truly yours,

Cynthia A. Augello (CA-3839)