| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>U.S. MAGISTRATE JUDGE | DATE: 12/3/2013<br>TIME:  10:30 AM |

CASE:  **CV 12-2191 (ADS) (GRB)** G.D.S. v. Northport-East Northport UFSD

TYPE OF CONFERENCE: Status Conference

APPEARANCES:	Elliot Blumenthal

　　　　　　　　Adam Kleinberg, Cynthia Augello

**THE FOLLOWING RULINGS WERE MADE:**

- ☐ Scheduling Order entered.

- ☐ Settlement conference scheduled for ___ in courtroom 840 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

- ☐ Proposed settlement pending: By ___, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

- ☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

- ☒ Other: Rulings set forth on the record.

　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　 /s/ Gary R. Brown
　　　　　　　　　　　　　　　　GARY R. BROWN
　　　　　　　　　　　　　　　　United States Magistrate Judge