UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ROBERT SLADE and GREGORY D. SLADE,

                        Plaintiffs,

-against-

NORTHPORT-EAST NORTHPORT UNION FREE SCHOOL DISTRICT, DR. MARYLOU MCDERMOTT, Superintendent of Northport-East Northport Union Free School District and IRENE MCLAUGHLIN, Principal of Northport High School,

                        Defendants.
---------------------------------------------------------------X

Docket No.: 12-CV-2191

          (GRB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiffs and defendants, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims asserted in this matter are hereby dismissed with prejudice, without costs or attorneys' fees to any party as against another.

**IT IS FURTHER STIPULATED AND AGREED** that a fax copy of this stipulation shall

have the same force and effect as an original.

DATED:     Carle Place, New York
           February ~~January~~ 18, 2014

**LAW OFFICES OF ELLIOT J. BLUMENTHAL, PLLC**
*Attorneys for Plaintiffs*
483 Chestnut Street
Cedarhurst, NY 11516
(516) 295-0903

By: _____
    Elliot J. Blumenthal

**SOKOLOFF STERN LLP**
*Attorneys for Defendants*
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500
File No.: 110102

By: _____
    Adam I. Kleinberg

**So Ordered:**

_____
U.S.M.J.

2